FIDELITY & DEPOSIT COMPANY OF MARYLAND et al., Plaintiffs-Appellants, v. GASTON, WILLIAMS & WIGMORE, Inc., Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. June 17, 1926.)

No. 387.

Appeal from the District Court of the United States for the Southern District of New York.

Kaye, McDavitt & Scholer, of New York City (Albert Falck and Harold L. Fierman, both of New York City, of counsel), for appellants.

Cadwalader, Wickersham & Taft, of New York City (Edwin P. Grosvenor and Catherine C. Noyes, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (13 F.[2d] 267) affirmed, with costs.